1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Fax: (530) 894-8244

5  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES, | Case No. CIV.S. 04-1958 FCD CMK |
| Plaintiff, | |
| v. | |
| FCA OF OHIO, INC. DBA JO ANN'S; BILL AND HELEN KWONG, et al., | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, GYPSIE JONES, and defendants, FCA OF OHIO, INC. DBA JO ANN'S; BILL AND HELEN KWONG, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: July 21, 2005     LAW OFFICES OF LYNN HUBBARD, III

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: July 21, 2005     BROWN WINFIELD & CANZONERI, INC.

*Signature on File*
ADRIAN GUERRA
Attorney for Defendant FCA OF OHOP, INC. DBA JO ANN'S

Dated: July 21, 2005     WEINTRAUB GENSHLEA CHEDIAK SPROUL

*Signature on File*
LIZBETH WEST
Attorney for Defendant BILL AND HELEN KWONG

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1958 FCD CMK, is hereby dismissed with prejudice.

Dated: July 22, 2005     /s/ Frank C. Damrell Jr.

United States District Court Judge